# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1031.  STEVE A. KRASELKSY v. JBS USA HOLDINGS, INC.

After he found a bone fragment in a container of deli meat, Steve A. Kraselksy[1] filed a pro se complaint against JBS USA Holdings, Inc. Kraselksy moved for default judgment, the trial court denied the motion, and he thereafter filed this appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" Here, the trial court's order denying the motion for default judgment was a non-final order that did not resolve all issues in this case. Accordingly, in order to appeal this ruling, Kraselksy was required to follow the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). His

---

[1] The trial court's order spells the plaintiff's surname "Kraselksy," and this Court docketed the case in accordance with the trial court's spelling. However, in the plaintiff's own filings in the trial court, he spelled his surname "Kraselsky."

failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/14/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*